DEREK S. BENTSEN (Cal. Bar No. 232550)
Email: bentsend@sec.gov
TIMOTHY N. ENGLAND (Cal. Bar No. 140332)
Email: englandt@sec.gov
STEPHEN T. KAISER
Email: kaisers@sec.gov
ELIZABETH MARSHALL ANDERSON
Email: marshallandersone@sec.gov
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-6426 (Bentsen)
Facsimile: (202) 772-9282 (Bentsen)

LOCAL COUNSEL
DANIEL O. BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
444 S, Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3306
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>C3 INTERNATIONAL, INC., STEELE CLARKE SMITH III, and THERESA SMITH,<br><br>Defendants. | Case No. 8:21-cv-01586-CAS-PD<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS C3 INTERNATIONAL, INC., STEELE CLARKE SMITH III, AND THERESA SMITH**<br><br>Date:     June 13, 2022<br>Time:    10:00 a.m.<br>Ctrm:    8D<br>Judge:   Hon. Christina A. Snyder |

**TO ALL DEFENDANTS AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Securities and Exchange Commission ("SEC") will, and hereby does, move the Court for a default judgment against Defendants C3 International, Inc., Steele Clarke Smith III, and Theresa Smith.

The SEC's motion is based upon the accompanying Memorandum of Points and Authorities; the filings and records in this action, and any other evidence or argument the SEC may present in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that the motion will be heard at 10:00 a.m., June 13, 2022, in Courtroom 8D (8th Floor) before the Honorable Christina A. Snyder, United States District Judge for the United States District Court for the Central District of California, at 350 W 1st St., Los Angeles, California 90012.

Dated: May 11, 2022                    Respectfully submitted,

*/s/ Derek S. Bentsen*
DEREK S. BENTSEN
Attorney for Plaintiff
Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    100 F St., NE, Washington, DC 20549
    Telephone No. (202) 551-6426; Facsimile No. (202) 772-9245.

On May 11, 2022, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS C3 INTERNATIONAL, INC., STEELE CLARKE SMITH III, AND THERESA SMITH** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: May 11, 2022         */s/ Derek S. Bentsen*
                                          Derek S. Bentsen

*SEC v. C3 International, Inc., et al.*
United States District Court – Central District of California
Case No. 8:21-cv-01586-CAS-PD

SERVICE LIST

C3 International, Inc.
13210 Harbor Blvd. #187
Satellite Beach, FL 32937
Garden Grove, CA 92843

Steele Clarke Smith III
2166 W. Broadway #100
Anaheim, CA 92804

Theresa Smith
2166 W. Broadway #100
Anaheim, CA 92804